UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES BRADLEY HAMMOND,**
**INSTITUTIONAL ID NO. 02183719,**

 Petitioner,

v.              **No. 4:23-cv-0764-P**

**DIRECTOR, TDCJ-CID,**

 Respondent.

## FINAL JUDGMENT

 In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED**. *See* FED. R. CIV. P. 58.

 **SO ORDERED** on this **23rd day** of **January 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE